## Minor *against* Garrison and Baker.

W. WOOD, for the defendants, moved to change the *venue* from ·*Albany* to the county of *Cayuga.* He read an affidavit, stating that the cause of action arose in the county of *Cayuga*, and was founded on a special contract; that he had a good and substantial defence, and that " *all* his witnesses, of which he had several," resided in the county of. *Cayuga.*

On a motion to change the *venue*, on account of material witnesses residing in another county, the defendant ought to state the number of the witnesses, otherwise, the court cannot intend that he has more than one.

*Sedgwick*, contra, read the affidavit of the plaintiff, that he had, " a material witness in the cause, who resided in the county of *Albany*."

*Per Curiam.* The defendants, in their affidavit, do not mention the number of their witnesses, nor whether they are material. The court cannot intend more than

one ; and the plaintiff swears that he has also a material witness residing in *Albany.* There is no preponderance in favour of the defendants, to induce the court to change the *venue.* They ought to have stated the number of witnesses, to enable the court to judge of the expediency of granting the motion.

Motion denied.